JS-6

David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Ann Hendrix (SBN 258285)
ahendrix@myerslawgroup.com
John M. Tomberlin, Jr. (SBN 310345)
jtomberlin@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Ste. 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Gerard Torres

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD TORRES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASCA, INC., a New Hampshire Corporation; ASCA DESIGN, LLC, a Pennsylvania Corporation; AMERICAN MADE SYSTEMS, INC., a Pennsylvania Corporation; AMERICAN MADE LINER SYSTEMS, an unknown entity; and DOES 1 THROUGH 10, inclusive<br><br>Defendants | Case No. 5:18-cv-00719-DOC (KKx)<br>*Assigned to*: *Hon. David O. Carter; Courtroom 9D*<br><br>**ORDER RE STIPULATION TO REMAND ACTION TO STATE COURT [12]** |

Pursuant to the stipulation of the Parties, this Court orders that this entire action is remanded back to the state court from which it was removed.

IT IS SO ORDERED.

Dated: APRIL 27, 2018

*/s/ David O. Carter*
_____
David O. Carter, U.S. District Judge